AO 1(5) Order on Application to Proceed Without Prepayment of Fees

# United States District Court
## District of the Northern Mariana Islands

FILED
Clerk
District Court
JUN 17 2008
For The Northern Mariana Islands
By_____
(Deputy Clerk)

Cristina Tagle

    Plaintiff

    v.

Concorde Garment Manufacturing
and L & T International Corp.

    Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: CV 08-0029

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

[X] GRANTED.

    [X] The clerk is directed to file the complaint.

    [ ] IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

_____

_____

ENTERED this 17TH day of JUNE, 2008.

_____
Signature of Judicial Officer

_____
Judge
Name and Title of Judicial Officer